March 28, 2008

Mr. David P. Hansen
Schwartz & Eichelbaum
4201 W. Parmer Lane, Suite A-100
Austin, TX 78727
Ms. Savannah Robinson
Law Office of Savannah Robinson
1822 Main Street
Danbury, TX 77534

RE: Case Numbers: 05-0734, 05-0762 & 05-0763
 Court of Appeals Number: 13-04-00668-CV, 13-05-00021-CV & 13-05-
00060-CV
 Trial Court Number: CL-04-1545-E & CL-04-1544-D

Style: MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
 v.
 GLORIA GARCIA
 - consolidated with -
 MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
 v.
 MELINDA SOTUYO
 - consolidated with -
 MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
 v.
 DEBORAH MEDINA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. J. D. |
| |Salinas III |
| |Ms. Cathy |
| |Wilborn |
| |Mr. Clay T. |
| |Grover |